UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

KAMAL NARANG,

        Defendant.
---------------------------------------------------------------X

**NOTICE OF MOTION**

03-Cr-1335 (SJF)

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Joseph J. Ferrante, attorney for the defendant Kamal Narang, the exhibits attached thereto, the Memorandum of Law submitted herewith, and all prior proceedings had herein, the undersigned will move this Court, *On Submission*, before the Honorable Sandra J. Feurstein, at the U.S. District Court Eastern Courthouse in Central Islip, New York, on a date and time to be scheduled by the Court, for an order pursuant to 18 U.S.C. § 3583 (e) to terminate Kamal Narang's term of supervised release.

Dated: May 1, 2008

Respectfully submitted,

WILLIAM J. KEAHON PC
By: Joseph J. Ferrante
*Attorney for Kamal Narang*
One Suffolk Square, Suite 500
Islandia, NY 11749
(631) 582-6924

TO: U.S.P.O. Christina Vigliotti
     Clerk of the Court
     A.U.S.A. James Miskiewicz

**Order**
The application is:
  ✓ **granted** on Consent.
  ___ **denied**
  ___ **referred to Magistrate Judge** _____ for
     ___ decision
     ___ report and recommendation

6/23/2008

- A complete copy of this motion, including the exhibits has been mailed to all parties and to the Honorable Sandra J. Feuerstein.